IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EVERETTE SEBASTIAN CARPENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:04-cv-02784-KOB-JEO |
| ) | |
| SHERIFF JEAN ALEXANDER, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 23, 2006, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DATED this 26th day of June 2006.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE